```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CESAR VALDEZ-TORRES
 6
 7
                 IN THE UNITED STATES DISTRICT COURT
 8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )  CR.S. 11-499-JAM
11                               )
                    Plaintiff,   )  STIPULATION AND ORDER
12                               )  TO EXTEND TIME FOR STATUS
          v.                     )  CONFERENCE AND EXCLUDE TIME
13                               )
    CESAR VALDEZ-TORRES,          )  DATE: March 27, 2012
14                               )  Time: 9:30 a.m.
                                 )  Judge: John A. Mendez
15                  Defendant.   )
    _____
16
```

17    Defendant CESAR VALDEZ-TORRES by and through his counsel,
18 DENNIS S. WAKS, Supervising Assistant Federal Defender, and the
19 United States Government, by and through its counsel, MICHELE
20 BECKWITH, Assistant United States Attorney, hereby stipulate that
21 the status conference set for March 6, 2012, be rescheduled for a
22 status conference/change of plea on Tuesday, March 27, 2012, at
23 9:30 a.m.
24    This continuance is being requested because defense counsel
25 will be out of town on March 6, 2012, counsel requires additional
26 time to review discovery, review the proposed plea agreement with
27 the defendant, discuss the case with the government, and pursue
28 investigation.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 27, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 1, 2012

          Respectfully Submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Dennis S. Waks
          Supervising Assistant
          Federal Defender
          Attorney for Defendant
          CESAR VALDEZ-TORRES

DATED: March 1, 2012    BENJAMIN B. WAGNER
          United States Attorney

          /s/ Dennis S. Waks for
          MICHELE BECKWITH
          Assistant U.S. Attorney

**SO ORDERED.**

Dated: 3/1/2012

          /s/ John A. Mendez
          JOHN A. MENDEZ
          United States District Court Judge